CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 06 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

United States District Court
for the
Western District of Virginia

Carla A. Clehm )
    Plaintiff(s) )
     )
    v. )   Civil Action No.
     )   7:16-CV-0012
BAE Systems, Inc., BAE Systems, PLC, )
BAE Systems Ordinance Systems Inc. )
  and  Joshua Linkous )
    Defendant(s) )

**Defendant's Answer to Count II:
Claim for ASSAULT AND BATTERY (Against BAE
and LINKOUS) Paragraph(s) 34-37**

Defendant Linkous admits Plaintiffs incorporation by reference herein the preceding paragraphs of this complaint as stated in paragraph (34).

Defendant Linkous admits the allegation contained in paragraph (35).

Defendant Linkous hereby denies the allegations contained within paragraph (36) and demands proof of same.

Defendant Linkous admits the allegations contained in paragraph (37).

                                          Respectfully Submitted,

                                          Joshua Linkous

cc Terry N. Grimes, Esquire
   Franklin Commons
   320 Elm Avenue, SW
   Roanoke, Virginia 24016

## CERTIFICATE OF SERVICE

I, _Joshua Linkous_, proceeding pro se, hereby certify that on _5-2-2016_, a true and correct copy of the foregoing motion was delivered to Prison Authorities for mailing to the parties below, by placing same in an envelope with first-class postage prepaid affixed thereto, and addressing to:

Richard H. Poff, Federal Building
210 Franklin Road, S.W., Room 308
Roanoke VA 24011-2204

I hereby swear under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on _May 2 2016_

_[signature]_

cc Terry N. Grimes, Esquire
Franklin Commons
320 Elm Avenue, SW
Roanoke, Virginia 24016