# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Carla A. Clehm** | Action No: 7:16CV00012 |
| | Date: 7/8/2016 |
| vs. | Judge: Michael F. Urbanski, USDJ |
| | Court Reporter: Judy Webb |
| **BAE Systems Ordnance Systems, Inc., Joshua Linkous** | Deputy Clerk: Kristin Ayersman |

Plaintiff Attorney(s)

Terry Grimes, Brittany Haddox

Defendant Attorney(s)

Thomas Winn, Marcie Cornfield (in-house counsel for BAE)
Tommy Strelka, GAL

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present by counsel, Dft Linkous present via video conference from FCC Butner Low - re ECF 15 MOTION to Dismiss pursuant to Rule 12(B)(6) by BAE Systems Ordnance Systems, Inc.. (Cardwell, Victor) and ECF 25 MOTION to Amend/Correct Complaint by Carla A. Clehm. (Attachments: # 1 Amended Complaint)(Grimes, Terry)

Court asks dft BAE to address their [15] Motion to Dismiss which deals with Ct 2 of the complaint and to address the [25] Motion to Amend the complaint. Pltf responds to [15] and presents on [25]. Argument. Court asks GAL if there is anything he would like to say re Mr. Linkous as relates to matters at issue - no; Mr. Linkous doesn't have any statements to make re matters at issue.

Court will allow leave to amend as stated on record; opinion and order are forthcoming.

Time in Court: 2:34-3:08    34 minutes