CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2016

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARLA A. CLEHM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:16-CV-0012 |
| ) | |
| BAE SYSTEMS ORDNANCE SYSTEMS, ) | By: Michael F. Urbanski |
| INC., ) | United States District Judge |
| ) | |
| and ) | |
| ) | |
| JOSHUA LINKOUS ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, defendant BAE Systems Ordnance Systems, Inc.'s motion to dismiss Count II of the complaint as it pertains to BAE (Dkt. # 15), is **GRANTED**, and Count II against BAE is **DISMISSED**.

Plaintiff's motion for leave to file the Amended Complaint, ECF No. 25, is **GRANTED**, and the Amended Complaint, ECF No. 25-1, is deemed filed as of today. Defendants are **DIRECTED** to file responsive pleadings to Count I and III of the Amended Complaint on or before August 5, 2016. No response is necessary as to Count II of the Amended Complaint, however, as it is **DISMISSED** for the same reasons set forth in the accompanying Memorandum Opinion.

It is **SO ORDERED**.

Entered: July 22, 2016

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge