IN THE
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CARLA A. CLEHM (formerly Blankenship), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:16-cv-00012 |
| | ) | |
| BAE SYSTEMS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on the 10th day of January, 2017, at the Radford Army Ammunition Plant, Constitution Rd, Radford, VA 24141, commencing at 9:00 a.m., before a Notary Public or some other officer duly authorized to administer oaths and take depositions, the undersigned, by counsel, will proceed to take the deposition of **Kevin Mason**, by videotape or otherwise, upon oral examination, to be used and considered for the purposes of discovery or as evidence in this action, or for whatever purpose may be deemed necessary and proper, and in accordance with the Federal Rules of Civil Procedure, and if for any reason the taking of said deposition be not commenced or if commenced but not concluded on that day, the taking thereof will be adjourned from time to time until the same shall have been completed.

Given under my hand this 19th day of December, 2016.

1

Respectfully submitted,

CARLA A. CLEHM (formerly Blankenship)

By  */s/ Terry N. Grimes*
　　　Of Counsel

Terry N. Grimes, Esquire (VSB #24127)
Brittany M. Haddox, Esquire (VSB #86416)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, S.W.
Roanoke, Virginia 24016
TELEPHONE:  (540) 982-3711
FACSIMILE:  (540) 345-6572
tgrimes@terryngrimes.com
bhaddox@terryngrimes.com
　　　Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on December 19, 2016, a true and accurate copy was sent via the CM/ECF system to all counsel of record.

　　　/s/ Terry N. Grimes
　　　Terry N. Grimes

2