CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 4 2017

JULIA C. DUDLEY
T llelleworw
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| CARLA A. CLEHM | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:16-CV-00012 |
| | ) | |
| v. | ) | |
| | ) | |
| BAE SYSTEMS ORDNANCE | ) | By:  Hon. Michael F. Urbanski |
| SYSTEMS, INC., et al. | ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, defendant BAE Systems Ordnance Systems, Inc.'s motion for summary judgment (ECF No. 153) is **GRANTED**. Counts I, II (as to defendant BAE), III and IV are hereby **DISMISSED** with prejudice, and BAE is **DISMISSED** as a party defendant

This case remains pending on Count II as to defendant Joshua Linkous.

It is **SO ORDERED**.

Entered:  12/01/2017

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge