CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 20 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARLA A. CLEHM<br><br>Plaintiff,<br><br>v.<br><br>BAE SYSTEMS ORDINANCE<br>SYSTEMS, INC., et al.,<br><br>Defendants. | Civil Action No. 7:16-cv-00012<br><br>By: Michael F. Urbanski<br>Chief United States District Judge |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the court hereby **ADOPTS** the magistrate judge's report and recommendation (ECF No. 192), **OVERRULES** plaintiff's objections (ECF No. 193), **DENIES** defendant BAE Systems Ordnance System, Inc.'s motion for attorney's fees (ECF No. 176), **GRANTS in part** BAE's motion for costs (ECF No. 175), and awards BAE $7,068.30 in costs under 28 U.S.C. § 1920.

It is **SO ORDERED**.

Entered: 08-19-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge